JOANNE MARANDINO *v.* MARANDINO'S ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 48 Conn. App. 916 (AC 17060), is denied.

*Harold J. Geragosian*, in support of the petition.

*Ellen M. Aspell*, in opposition.

Decided July 2, 1998

BRIAN STICKNEY *v.* SUNLIGHT CONSTRUCTION, INC., ET AL.

The defendant Aetna Casualty and Surety Company's petition for certification for appeal from the Appellate Court, 48 Conn. App. 609 (AC 17181), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the workers' compensation commissioner had no jurisdiction to consider the motion to open a voluntary agreement filed by Aetna Casualty and Surety Company?"

The Supreme Court docket number is SC 15968.

*Jason M. Dodge*, in support of the petition.

*John Thomas Scully*, in opposition.

Decided July 2, 1998